[No. 53850-1-I.  Division One.  May 16, 2005.]

THE STATE OF WASHINGTON, *Appellant*, v. MICHAEL H. ANAGNOS, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00192-1, Steven J. Mura, J., entered February 10 and August 31, 2004. *Affirmed in part*, *reversed in part*, and *remanded* by unpublished opinion per Kennedy, J., concurred in by Ellington, A.C.J., and Appelwick, J.

[No. 54139-1-I.  Division One.  May 16, 2005.]

JAY KLEINER, *Appellant*, v. SEARS ROEBUCK AND COMPANY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-32082-1, Bruce W. Hilyer, J., entered February 13, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Schindler, JJ.

[No. 54328-8-I.  Division One.  May 16, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL A. DILORENZO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 03-1-00424-6, David A. Nichols, J., entered May 18, 2004. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Schindler, JJ.

[No. 54412-8-I.  Division One.  May 16, 2005.]

ALI SHEKARCHI, *Appellant*, v. ALLSTATE INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 02-2-35684-2, Anthony P. Wartnik, J., entered May 17, 2004. *Affirmed* by unpublished per curiam opinion.